```
 1  TRACY L. WILKISON
    United States Attorney
 2  DAVID M. HARRIS
 3  Assistant United States Attorney
    Chief, Civil Division
 4  CEDINA M. KIM
 5  Assistant United States Attorney
    Senior Litigation Counsel, Civil Division
 6  PAUL H. SACHELARI, CSBN 230082
 7  Special Assistant United States Attorney
         Social Security Administration
 8       160 Spear St., Suite 800
 9       Telephone: (510) 970-4853
10       Facsimile: (415) 744-0134
         Email: Paul.Sachelari@ssa.gov
11  Attorneys for Defendant
12
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA BORESOFF, | ) No. 2:21-3894-MAA |
| | ) |
| Plaintiff, | ) [PROPOSED] |
| | ) ORDER AWARDING EQUAL |
| v. | ) ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND |
| KILOLO KIJAKAZI, Acting | ) EXPENSES, PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 2412(d), AND COSTS |
| | ) PURSUANT TO 28 U.S.C. § 1920 |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $6,300 as authorized by 28 U.S.C. § 2412, and costs in

/ / /

/ / /

1

the amount of $0 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATED: March 4, 2022

_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE